# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2014

148609 & (31)(32)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KEVIN ALLEN-JERMAINE BROWN,
     Defendant-Appellant.

SC: 148609
COA: 317159
Wayne CC: 04-012409-FC

_____/

     On order of the Court, the application for leave to appeal the December 9, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to waive fees and to expand the record are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

h0721